UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 09-1539 M |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| v. ) | (Fed.R.Crim.P. 32.1(a)(6) |
| Maximilliano Juarez-Hurtado ) | 18 U.S.C. § 3143(a) |
| ) | Allegations of Violations of Probation/Supervised Release Conditions) |
| Defendant. ) | |

On arrest warrant issued by the United States District Court for the District of Arizona involving alleged violations of conditions of probation/supervised release:

    1.    The court finds that no condition or combination of conditions will reasonably assure:

        A.    ( ✓ ) the appearance of defendant as required; and/or

        B.    ( ✓ ) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

   A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: _prior criminal history_

   B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _prior criminal history, undocumented immigration status; prior violation of terms of probation / parole_

IT IS ORDERED that defendant be detained.

DATED: 7/23/09

_____
HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

2